**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-429-KJD-(NJK) |
| JOHN I. SARMIENTO, | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in the red 2002 Chevrolet Camaro, VIN 2G1FP22G822133496, Nevada License plate # IKNO ("vehicle") listed in the Preliminary Order of Forfeiture (ECF No. 45).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the vehicle listed in the Preliminary Order of Forfeiture (ECF No. 45) will not revert back to the defendant and/or any person(s) acting in concert with him and/or on his behalf.

UNITED STATES DISTRICT JUDGE

DATED: 4/16/2015