

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-429-KJD-(NJK) |
| JOHN I. SARMIENTO, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 1467(a)(1), (a)(3), and (b) based upon the plea of guilty by defendant JOHN I. SARMIENTO to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant JOHN I. SARMIENTO pled guilty. Superseding Criminal Information, ECF No. 42; Plea Agreement, ECF No. 43; Change of Plea, ECF No. 44; Preliminary Order of Forfeiture, ECF No. 45.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 25, 2015, through April 23, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 51.

///

On April 9, 2015, the United States Marshals Service personally served Dana Sarmiento with copies of the Preliminary Order of Forfeiture, United States of America's Notice that its Interests and Rights Expired in Property Listed in the Preliminary Order of Forfeiture (ECF No. 45), and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 50.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 1467(a)(1), (a)(3), and (b); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. One (1) HP Tower desktop computer (Serial #3cr0190H50);
2. One (1) Masscool external hard-drive (Serial # unknown);
3. Two (2) Apple iPhone wireless telephones (Serial # unknown); and
4. One (1) Apple iPad (Serial # unknown).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 30th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE